IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:12-CR-87-WKW |
| ) | [WO] |
| DELMOND LEMAR BLEDSON ) | |

## **ORDER**

Defendant has filed a motion for compassionate release, as supplemented, in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Docs. # 893, 908.)  Defendant was convicted of two counts: (1) conspiracy to possess with intent to distribute powder cocaine and cocaine base, in violation of 21 U.S.C. § 846; and (2) aiding and abetting possession with intent to distribute powder cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.  (Doc. # 666, at 1.)  As a result of his convictions, Defendant was sentenced to a term of 188 months' imprisonment.  (Doc. # 666, at 2.)

Upon a thorough review of the record, the court concludes that Defendant's motion is due to be denied for the reasons set out in the Government's response (Doc. # 904) and based upon a balancing of the 18 U.S.C. § 3553(a) factors.  Accordingly, it is ORDERED that Defendant's motion for compassionate release, as supplemented (Docs. # 893, 908), is DENIED.

DONE this 23rd day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE